UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY RYDELL COLLUM, | Case No. CV 07-1507 GW(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| ANTHONY HEDGPETH, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: June 7, 2010

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE